FILED
CLERK, U.S. DISTRICT COURT

JAN 2 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBREN A. PIERCE,<br><br>       Petitioner,<br><br>    vs.<br><br>SHERIFF GARY PENROD,<br><br>       Respondent. | Case No. EDCV 07-1191-AHM (JWJ)<br><br>**MEMORANDUM AND ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS** |

## I.  BACKGROUND

On September 18, 2007, petitioner Sebren A. Pierce, proceeding pro se, filed in this Court a "Petition for Writ of Habeas Corpus by a Person in State Custody (28 U.S.C. § 2254)" (hereinafter "Petition").  The Court screened the Petition pursuant to the Federal Rules of Civil Procedure, the Rules Governing Section 2254 Habeas Cases, 28 U.S.C. § 2243, and the Local Rules of the Central District of California.

The Court's screening reveals that petitioner has raised one ground for relief, to wit: speedy trial violation.  (Petition, p. 5.)  Specifically, petitioner claims that prosecutors have prevented him from interviewing prosecution witnesses, and that all defense attorneys assigned to petitioner have failed to

1   seek sanctions against the prosecutors.  (Id. at 5-5a.)[1]  Petitioner further notes

2   that his trial is scheduled to begin within thirty days.  (Id. at 5a.)  As discussed

3   below, the Petition is summarily dismissed.

4

5                        **II.  DISCUSSION**

6            Under 28 U.S.C. § 2243, it is the duty of this Court to screen out

7   frivolous habeas corpus applications and eliminate the burden that would be

8   placed on the respondent by ordering an unnecessary answer.  See Rules

9   Governing Section 2254 Cases, Rule 4, Advisory Committee Notes, 1976

10  Adoption (citing Allen v. Perini, 424 F.2d 134, 141 (6th Cir. 1970)).  A district

11  court must enter an order for the summary dismissal of a habeas petition if it

12  plainly appears from the face of the petition and any exhibits annexed to it that

13  the petitioner is not entitled to relief in the district court.  Rules Governing

14  Section 2254 Cases, Rule 4; see also Hendricks v. Vasquez, 908 F.2d 490, 491

15  (9th Cir. 1990).

16          A petition lacks an arguable basis in law only if controlling authority

17  requires a finding that the facts alleged fail to establish an arguable legal claim.

18  See Guti v. INS, 908 F.2d 495, 496 (9th Cir. 1990).  A court may also dismiss

19  as frivolous petitions reciting bare legal conclusions with no suggestion of

20  supporting facts, or postulating events and circumstances of a wholly fanciful

21  kind.  See Franklin v. Murphy, 745 F.2d 1221, 1228 (9th Cir. 1984).  Yet, it

22  must be kept in mind that pro se pleadings must be liberally construed.  See

23  Haines v. Kerner, 404 U.S. 519, 520, 92 S. Ct. 594, 30 L. Ed. 2d 652 (1972).

24          Here, petitioner is attempting to raise speedy trial violations before his

25  trial and any potential conviction.  (Petition, pp. 5-5a.)  However, 28 U.S.C.

26

27          _____

28          [1] Petitioner has included five pages between pages 5 and 6 of the Petition.  For
    clarity, this Court shall refer to those pages as 5a through 5e, respectively.

                        - 2 -

1 § 2254 provides that a district court "shall entertain an application for a writ of
2 habeas corpus in behalf of a person in custody *pursuant to the judgment* of a State
3 court," and only after petitioner has exhausted his available remedies in state
4 court.  28 U.S.C. § 2254(a) and (b) (emphasis added.)  Indeed, in conducting
5 habeas review, a federal court is limited to deciding whether a *conviction* violated
6 the Constitution, laws, or treaties of the United States. <u>Estelle v. McGuire</u>, 502
7 U.S. 62, 67-68, 112 S. Ct. 475, 116 L. Ed. 2d 385 (1991) (emphasis added).

8 　　　　Accordingly, construing the Petition liberally, the Court finds that
9 petitioner is not entitled to relief in this forum.  Accordingly, the Petition is
10 summarily dismissed.  <u>See</u> Rule 4 of the Rules Governing § 2254 Cases.
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

## **ORDER**

For the foregoing reasons,

**IT IS HEREBY ORDERED AS FOLLOWS:**

The Petition for Writ of Habeas Corpus in the instant action is dismissed without prejudice.

DATED: _____1/18/08_____

_____
A. HOWARD MATZ
United States District Judge

Presented by:

DATED: _____January 11, 2008_____

_____
JEFFREY W. JOHNSON
United States Magistrate Judge

- 4 -